UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDRE C. CORMIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-0094-G-BT |
| CALIBER HOME LOANS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

The court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b).

The Clerk shall transmit to the parties a true copy of this Judgment and the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

March 15, 2022.

_____
A. JOE FISH
Senior United States District Judge